| MAGISTRATE'S CRIMINAL MINUTES | FILED IN OPEN COURT |
|---|---|
| REVOCATION PROCEEDINGS | DATE: 2/12/15 @ 2:05 - 2:11 |
| | TAPE: FTR |
| **ORIGINAL** | Time In Court: ___ Hr :06 Min |

MAGISTRATE <u>GERRILYN G. BRILL</u>, PRESIDING    <u>Mike Connor</u>    DEPUTY CLERK

| CASE NO: | 1:10-CR-438-TWT | DEFENDANT'S NAME | Daniel Omotola |
|---|---|---|---|
| AUSA: | Alana Black | DEFENDANT'S ATTY | Millie Dunn |
| USPO: | Jason Griffith | Type Counsel | FDP |

## REVOCATION PROCEEDINGS

- ✓ Initial Appearance
- ✓ Order appointing Federal Defender Program.  Vionnetta Reyes-Johnson
- ___ Preliminary Hearing  ( ) Waived
- ✓ Waiver Filed.
- ___ Final revocation hearing set
- ___ Final revocation hearing HELD, On Violation of
- ___ Defendant  ADMITS    DENIES    the allegations as set forth in the petition.
- ___ Court finds defendant  HAS    HAS NOT    violated terms of release/probation.
- ___ Court ordered defendant's release / probation to be:

| ___ Revoked | ___ Terminated | ___ Reinstated/Continued |
| ___ Vacated | ___ Modified | ___ Written Order to follow |

## BOND/DETENTION PROCEEDINGS

- ✓ Government Motion for DETENTION Filed. Detention hearing set (verbal)
- ___ Bond Hearing Held  (_____)  Detention Hearing Waived
- ___ BOND SET at _____
  - ___ Non-surety
  - ___ Surety  ( ) Cash    ( ) Property    ( ) Corporate surety ONLY
- ___ SPECIAL CONDITIONS: _____
- ___ BOND FILED; defendant RELEASED.
- ___ Bond NOT EXECUTED.  Defendant to remain in Marshal's custody.
- ___ DETENTION ORDER.  ( ) Written order to follow.